UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NO. 4:01-CR-22-04-SEB-MGN |
| WILLIAM MOZEE, JR. | ) | |
| Defendant | ) | |

## ORDER APPROVING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court, having considered the Magistrate Judge's Report and Recommendation dated September 7, 2011, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant's supervised release is REVOKED. The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of ten (10) months with no term of supervised release to follow. The Court recommends that the defendant receive credit for time served.

Date: 09/07/2011

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

A. Brant Cook
United States Attorney's Office
brant.cook@usdoj.gov

William Yesowitch
yesowitch@bbalaw.com

U.S. Marshal

U.S. Probation Office